PROB 22 (Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET # (Trans. Court) |
|---|
| 053L 2:00CR00095-001 F |
| DOCKET # (Rec. Court) |

**NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:**

Noah Williams
5605 General McAuther
Moss Point, MS 39563

| DISTRICT | DIVISION | NAME OF SENTENCING JUDGE |
|---|---|---|
| Louisiana Eastern | New Orleans | Martin Feldman |

| Date of Probation/Supervised Release: | FROM | TO |
|---|---|---|
| | July 09, 2006 | July 08, 2011 |

**Offense**

## PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the Eastern District of Louisiana

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District court for the Southern District of Mississippi upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

8/6/07
DATE

_[signature]_ Martin C. Feldman
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the Southern District of Mississippi

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

8/22/07
DATE
DAN

_[signature]_
UNITED STATES DISTRICT JUDGE

Fee ____
Process ____
Dktd ____
CtRmDep ____
Doc. No. ____